# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-1376
L.T. Case No. 2020-CF-10751-A

———————————————

ALFRED CURTIS DINKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.850 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Alfred Curtis Dinkins, Crestview, pro se.

Ashley Moody, Attorney General, and Ryan Roy, Assistant
Attorney General, Tallahassee, for Appellee.

August 6, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____